UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO DARINAL RODRIGUEZ PEREZ, A 222-597-463,

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX DETENTION,

Respondent.

No. 1:26-cv-6588 TLN AC

ORDER

Petitioner, a self-represented immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Rule 4 of the Habeas Rules Governing Section 2254 Cases requires the court to summarily dismiss a habeas petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

The petition alleges only that petitioner is detained at Central Valley Annex Detention and was detained without an opportunity to be heard on the issue of whether he is a danger to the community or flight risk. ECF No. 1 at 6. These facts are insufficient to support petitioner's claim that he has been denied due process under the Fifth Amendment and that the agency failed to follow mandatory regulatory procedures governing petitioner's detention.

Because it is not clear that leave to amend would be futile, petitioner will be given an

opportunity to amend the petition. **An amended petition should, at a minimum, provide factual allegations regarding the circumstances that led to petitioner current detention, including the date of his detention, the duration of petitioner's presence in the United States, and whether petitioner has previously been detained and/or released by immigration authorities.**

Petitioner will also be afforded an opportunity to file a motion to proceed in forma pauperis (a request that this court waive the filing fee) or pay the $5 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within **thirty days** of the service of this order, petitioner may file an amended petition that provides factual allegations to support each claim for relief, and a motion to proceed in forma pauperis or pay the $5 filing fee. Failure to do so will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send petitioner an Application to Proceed In Forma Pauperis by a Prisoner.

3. To ensure this court's jurisdiction to resolve the pending § 2241 petition, respondents shall not transfer petitioner outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

DATED: August 21, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE