UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO DARINAL RODRIGUEZ PEREZ,<br>Plaintiff,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX DETENTION,<br>Defendant. | No. 1:26-cv-6588 TLN AC<br><br>ORDER |

On August 21, 2026, the court issued an order informing petitioner that the facts contained in the petition were insufficient to support petitioner's claim that he has been denied due process under the Fifth Amendment and that the agency failed to follow mandatory regulatory procedures governing petitioner's detention. ECF No. 5 at 1. Petitioner was given thirty days to file an amended petition and instructed that "[a]n amended petition should, at a minimum, provide factual allegations regarding the circumstances that led to petitioner[ʻs] current detention, including the date of his detention, the duration of petitioner's presence in the United States, and whether petitioner has previously been detained and/or released by immigration authorities." Id. at 2. Petitioner was warned that failure to comply with the court's order "will result in a recommendation that this action be dismissed." Id.

The period for filing an amended petition has long passed and petitioner has not filed an

amended petition, or otherwise responded to the court's order. Nonetheless, petitioner will be given one final opportunity to file an amended petition. Petitioner is warned that failure to do so will result in the recommendation that this action be dismissed without prejudice, without further warning.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file an amended petition within thirty days of the service of this order. Failure to do so will result in a recommendation that this action be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), without further warning.

DATED: November 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE